**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jose A. Sierra Jr.                            CHAPTER 13
         Mary E. Smeltzer
               Debtor(s)                       BKY. NO. 23-12704 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of New Residential Mortgage Loan Trust 2018-1 and index same on the master mailing list.

                                                Respectfully submitted,

                                     /s/ **Mark A. Cronin**
                                      Mark Cronin
                                      15 Sep 2023, 13:40:55, EDT

                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322