UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Jose A Sierra Jr. & Mary E. Smeltzer<br>Debtors | : Chapter 13<br>:<br>: Bankruptcy No. 23-12704-amc<br>:<br>: Motion for Extension of Time<br>: to File Chapter 13 Schedules and<br>: Other Required Documents |

## ORDER GRANTING ADDITIONAL TIME TO FILE
## CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

It is HEREBY ORDERED that the Debtor herein has until October 10, 2023 to file the following documents as required by Fed. R. Bankr. P. 1007:

> Schedule A/B;
> Schedule C;
> Schedule E/F
> Schedule G;
> Schedule H;
> Schedule I;
> Schedule J;
> Summary of Assets and Liabilities,
> Statement of Current Monthly Income (122C-1),
> Means Test Calculator ( 122-C-2) - if applicable,
> Statement of Financial Affairs,
> Statement of Attorney Compensation,
> Statement of Financial Affairs,
> Chapter 13 Plan.

Any request for an extension of time must be filed prior to the expiration of the deadlines listed above.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge

Date: September 21, 2023