United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12704-amc |
| Jose A. Sierra Jr. | Chapter 13 |
| Mary E. Smeltzer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jose A. Sierra Jr., 196 Blue Ridge Dr., Levittown, PA 19057-3049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFERY A. FOURNIER | on behalf of Debtor Jose A. Sierra Jr. jefffournier@verizon.net |
| JEFFERY A. FOURNIER | on behalf of Joint Debtor Mary E. Smeltzer jefffournier@verizon.net |
| MARK A. CRONIN | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Sep 21, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Jose A Sierra Jr. & Mary E. Smeltzer<br>Debtors | : Chapter 13<br>:<br>: Bankruptcy No. 23-12704-amc<br>:<br>: Motion for Extension of Time<br>: to File Chapter 13 Schedules and<br>: Other Required Documents |

## ORDER GRANTING ADDITIONAL TIME TO FILE
## CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

It is HEREBY ORDERED that the Debtor herein has until October 10, 2023 to file the following documents as required by Fed. R. Bankr. P. 1007:

Schedule A/B;
Schedule C;
Schedule E/F
Schedule G;
Schedule H;
Schedule I;
Schedule J;
Summary of Assets and Liabilities,
Statement of Current Monthly Income (122C-1),
Means Test Calculator (122-C-2) - if applicable,
Statement of Financial Affairs,
Statement of Attorney Compensation,
Statement of Financial Affairs,
Chapter 13 Plan.

Any request for an extension of time must be filed prior to the expiration of the deadlines listed above.

BY THE COURT:

Date: September 21, 2023

Ashely M. Chan, Bankruptcy Judge