**Fill in this information to identify your case:**

Debtor 1: **Jose A. Sierra Jr.**
First Name   Middle Name   Last Name

Debtor 2: **Mary E. Smeltzer**
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (If known): **23-12704-amc**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim (Do not deduct the value of collateral.) | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1 Wells Fargo Home Mortgage**
Creditor's Name
**8480 Stagecoach Circle**
Number   Street

**Frederick, MD 21701**
City   State   ZIP Code

Describe the property that secures the claim:
**196 Blue Ridge Dr.**

$23,000.00    $304,560.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**2.2 Freedom Federal Credit Union**
Creditor's Name
**626 Jacksonville Rd.**
Number   Street

**Warminster, PA 18974**
City   State   ZIP Code

Describe the property that secures the claim:
**2015 Dodge Charger**

$20,604.00    $304,560.00    $0.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $43,604.00

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor 1  **Jose A. Sierra Jr. & Mary E. Smeltzer**  Case number (*if known*) **23-12704-amc**
First Name  Middle Name  Last Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:** Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

**2.3** **Wells Fargo Dealer Services**
Creditor's Name

**P.O. Box 10709**
Number    Street

**Raleigh, NC 27605**
City    State    ZIP Code

**Describe the property that secures the claim:**

**Chrysler 300**

$ **12,905.00**    $ _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien**. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** **3000** __ __

---

Creditor's Name _____
Number    Street _____
_____
City    State    ZIP Code

**Describe the property that secures the claim:**

$ _____    $ _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien**. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** __ __ __ __

---

Creditor's Name _____
Number    Street _____
_____
City    State    ZIP Code

**Describe the property that secures the claim:**

$ _____    $ _____    $ _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien**. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** __ __ __ __

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ **12,905.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** $ **56,509.00**

Debtor 1 **Jose A. Sierra Jr. & Mary E. Smeltzer**
First Name    Middle Name    Last Name

Case number (*if known*) **23-12704-amc**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**2.4**
Name: **Morris & Adelman, P.C. Attn: Robert M. Morris, Esquire**
Number Street: **P.O. Box 2235**
City/State/ZIP: **Bala Cynwyd, PA 19004-6235**

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number ___ ___ ___ ___

**2.5**
Name: **Gateway One Lending**
Number Street: **1601 Elm St., Ste. 800**
City/State/ZIP: **Dallas, TX 7520**

On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number **3 0 0 0**

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

On which line in Part 1 did you enter the creditor? _____
Last 4 digits of account number ___ ___ ___ ___

**pdf**