UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Jose A. Sierra Jr & Mary E. Smeltzer | : : : : : : : | Chapter 13<br><br>Bankruptcy No. 23-12704-amc<br><br>Service of Chapter 13 Plan |

CERTIFICATION OF SERVICE
INITIAL PLAN

I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the INITIAL CHAPTER 13 PLAN to the following interested parties by first class prepaid postage and/or electronically (ECF) on October 13, 2023:

U.S. Department of Justice                                 ECF
Office of the United States Trustee


Scott F. Waterman, Trustee                                 ECF


Attached creditor matrix                                   Mail


/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor

Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701

Freedom Federal Credit Union
626 Jacksonville Rd.
Warminster, PA 18974

Morris & Adelman, P.C.
Attn: Robert M. Morris, Esquire
P.O. Box 2235
Bala Cynwyd, PA 19004-6235

Wells Fargo Dealer Services
P.O. Box 10709
Raleigh, NC 27605

Gateway One Lending
1601 Elm St., Ste. 800
Dallas, TX 7520

Calvary SPV I, LLC
P.O. Box 4252
Greenwich, CT 06831-2200

T-Mobile USA / American InfoSource, Agent
4515 N. Santa Fe. Ave.
Oklahoma City, OK 73188

Revco Solutions, Inc.
3850 Priority Way South Dr., Suite 114
Indianapolis, IN 46240-3850

Quantum Group LLC
P.O. Box 786
Kirkland, WA 98083-0788

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Santander Consumer USA.
P.O. Box 961245
Fort Worth, TX 76161-1245

Quantum Group LLC
P.O. Box 788
Kirkland, WA 98083-0788

Capital One
P.O. Box 31293
Salt Lake City, UT 84131

Credit Collections Service
725 Canton St.
Norwood, MA 02062

JPMCB
P.O. Box 15369
Wilmington, DE 19850

Kohls
N56 Ridgewood Dr.
Menomonee Fal, WI 53051

Midland Credit Management
320 E Big Beaver Rd.
Troy, MI 48083

PNC Bank
1 Financial Parkway
Kalamazoo, MI 49009

TD Bank NA
P.O. Box 1448
Greenville, SC 29602

Truist Bank
P.O. Box 1847
Wilson, NC 27894

Verizon Wireless
P.O. Box 650051
Dallas, TX 75265

LVNV Funding LLC
P.O. Box 1269
Greenville, SC 29602