**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-12704** |
| **Jose A. Sierra, Jr.** | : | **Chapter 13** |
| **Mary E. Smeltzer,** | : | **Judge Ashely M. Chan** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | **Debtors.** | : |
| | : | |
| | : | |
| | : | **Related Document No. 30** |

**OBJECTION OF NEW RESIDENTIAL MORTGAGE LOAN**
**TRUST 2018-1 TO THE CONFIRMATION PLAN (DOCKET NUMBER 30)**

New Residential Mortgage Loan Trust 2018-1 ("Creditor"), by and through its

undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan"), filed by

Jose A. Sierra, Jr. and Mary E. Smeltzer (collectively, "Debtor"), as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property

   commonly known as 196 Blue Ridge Drive, Levittown, PA 19057 ("Property").

2. Creditor intends to file a Proof of Claim in the approximate amount of $23,106.74.  This

   amount includes an approximate pre-petition arrearage in the amount of $15,711.28.

3. Debtor's Plan fails to provide for Creditor's secured claim.

4. Upon information and belief, Debtor still holds an interest in the Property.

5. As a result, Debtor's Plan fails to meet the requirements of 11 U.S.C. §1325(a)(5) as it

   fails to provide for a secured claim.  Creditor requests that Debtor amend the Plan to

23-024959_ALO

either provide for or surrender Creditor's claim.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the

Debtor's currently proposed Plan.

Respectfully submitted,

/s/Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L.
Oflazian.
Contact email is
ALOflazian@manleydeas.com

23-024959_ALO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-12704** |
| **Jose A. Sierra, Jr.** | : | **Chapter 13** |
| **Mary E. Smeltzer,** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| **Debtors.** | : | |
| | : | |
| | : | |
| | : | **Related Document No. 30** |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Objection to Confirmation of Plan was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

JEFFERY A. FOURNIER, Attorney for Jose A. Sierra, Jr. and Mary E. Smeltzer, jefffournier@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jose A. Sierra, Jr. and Mary E. Smeltzer, 196 Blue Ridge Dr., Levittown, PA  19057


/s/Alyk L. Oflazian


23-024959_ALO