IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern DISTRICT OF PENNSYLVANIA

IN RE:                                :   CHAPTER 13
                                      :
Mary Smeltzer                         :
                                      :
        Debtor                :   NO. 23-12704-amc

ENTRY OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Please enter my appearance for Freedom Credit Union, a creditor or equity security holder of the debtor, and provide special notice pursuant to Fed. R. Bankr. P. 2002 to:

    ROBERT M. MORRIS, Esq.
    Morris & Adelman, P.C.
    P.O. Box 2235
    Bala Cynwyd PA 19004-6235
    Tel. No: 215-568-5621
    email: rmmorris@morrisadelman.com

                                MORRIS & ADELMAN, P.C.

                                BY: _____
                                ROBERT M. MORRIS, ESQ.
                                Attorney for Creditor,
                                Freedom Credit Union