UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :
                                        :
Jose A. Sierra Jr.                      :
Mary E. Smeltzer                        : Chapter 13
                                        :
    Debtors                             : Bankruptcy No. 23-12704-amc

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Debtor's Claim of Exemptions, and after notice and hearing, it is hereby Ordered that the exemptions claimed by the Debtors as set forth on Debtor's Schedule C filed October 10, 2023 is sustained.

The Debtors' exemptions on the above property shall be disallowed in their entirety.

BY THE COURT

Date: Dec. 13, 2023

_____
Ashely M. Chan, Bankruptcy Judge