United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12704-amc |
| Jose A. Sierra Jr. | Chapter 13 |
| Mary E. Smeltzer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jose A. Sierra Jr., Mary E. Smeltzer, 196 Blue Ridge Dr., Levittown, PA 19057-3049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 amps@manleydeas.com |
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Jose A. Sierra Jr. jefffournier@verizon.net |
| JEFFERY A. FOURNIER | on behalf of Joint Debtor Mary E. Smeltzer jefffournier@verizon.net |
| MARK A. CRONIN | on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bkgroup@kmllawgroup.com |
| ROBERT MITCHELL MORRIS | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

                on behalf of Creditor Freedom Credit Union mail@morrisadelman.com

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
 :
Jose A. Sierra Jr.  :
Mary E. Smeltzer  : Chapter 13
 :
Debtors  : Bankruptcy No.  23-12704-amc

### ORDER

AND NOW, upon consideration of the Trustee's Objection to Debtor's Claim of Exemptions, and after notice and hearing, it is hereby Ordered that the exemptions claimed by the Debtors as set forth on Debtor's Schedule C filed October 10, 2023 is sustained.

The Debtors' exemptions on the above property shall be disallowed in their entirety.

BY THE COURT

Date: Dec. 13, 2023

Ashely M. Chan, Bankruptcy Judge