United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12704-amc |
| Jose A. Sierra Jr. | Chapter 13 |
| Mary E. Smeltzer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose A. Sierra Jr., Mary E. Smeltzer, 196 Blue Ridge Dr., Levittown, PA 19057-3049 |
| 14826493 | | Freedom Credit Union, c/o Robert M. Morris,Esquire, Morris & Adelman, P.C., P.O. Box 2235, Bala Cynwyd PA 19004-6235 |
| 14813623 | + | Freedom Federal Credit Union, 626 Jacksonville Rd., Warminster, PA 18974-4862 |
| 14822002 | + | Gateway One Lending, 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 14813624 | | Morris & Adelman, P.C., Attn: Robert M. Morris, Esquire, P.O. Box 2235, Bala Cynwyd, PA 19004-6235 |
| 14815495 | + | New Residential Mortgage Loan Trust 2018-1, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14822006 | + | Quantum Group LLC, P.O. Box 786, Kirkland, WA 98083-0786 |
| 14819422 | | Santander Consumer USA, Inc. as servicing agent TC, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14822004 | + | T-Mobile USA / American InfoSource, Agent, 4515 N. Santa Fe. Ave., Oklahoma City, OK 73118-7901 |
| 14813622 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 12 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 12 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 12 2024 00:03:00 | Freedom Credit Union, CenterPointe Office Center, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14831769 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 12 2024 00:03:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14831330 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 12 2024 00:03:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14819014 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2024 00:05:22 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14822003 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2024 00:04:00 | Calvary SPV I, LLC, P.O. Box 4252, Greenwich, CT 06831-0405 |
| 14822011 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2024 00:05:35 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14815260 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2024 00:04:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 14814824 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2024 00:04:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14822012 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 12 2024 11:45:00 | Credit Collections Service, 725 Canton St., Norwood, MA 02062-2679 |
| 14818017 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 12 2024 00:03:00 | Freedom Credit Union, 626 Jacksonville Rd, Ste 250, Warminster PA 18974-4862 |
| 14827334 | + | Email/Text: gbechakas@outlook.com | Jan 12 2024 00:03:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 14822013 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2024 00:06:09 | JPMCB, P.O. Box 15369, Wilmington, DE 19850 |
| 14822014 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 00:03:00 | Kohls, N56 Ridgewood Dr., Menomonee Fal, WI 53051 |
| 14822020 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 00:05:25 | LVNV Funding LLC, P.O. Box 1269, Greenville, SC 29602-1269 |
| 14818551 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 00:05:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14822015 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 00:03:00 | Midland Credit Management, 320 E Big Beaver Rd., Troy, MI 48083-1271 |
| 14824004 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 00:03:00 | Midland Credit Management, Inc., P.O. Box 2037, Warren, MI 48090-2037 |
| 14815352 | ^ | MEBN | Jan 11 2024 23:57:11 | New Residential Mortgage Loan Trust 2018-1, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14817942 | | Email/Text: amps@manleydeas.com | Jan 12 2024 00:03:00 | New Residential Mortgage Loan Trust 2018-1, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14831141 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2024 00:03:00 | New Residential Mortgage Loan Trust 2018-1, c/o Nationstar Mortgage LLC, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14818124 | | Email/Text: amps@manleydeas.com | Jan 12 2024 00:03:00 | New Residential Mortgage Loan Trust 2018-1., c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14829652 | + | Email/Text: heather.mauro@northwest.com | Jan 12 2024 00:03:00 | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 14822016 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 00:03:00 | PNC Bank, 1 Financial Parkway, Kalamazoo, MI 49009 |
| 14831982 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 12 2024 00:03:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14832064 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 00:19:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14831605 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 00:05:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14822010 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2024 00:03:00 | Quantum Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 14818016 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2024 00:03:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14817862 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2024 00:03:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14821543 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2024 00:03:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Kirkland, WA 98083-0788 |
| 14817664 | + | Email/Text: shari.stephenson@revcosolutions.com | Jan 12 2024 00:03:00 | REVCO SOLUTIONS, INC., 3850 PRIORITY WAY SOUTH DR, SUITE 114, 3850 PRIORITY WAY SOUTH DR, INDIANAPOLIS, IN 46240-3813 |
| 14822007 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 00:05:25 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14822008 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2024 00:05:40 | Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 14822005 | + | Email/Text: shari.stephenson@revcosolutions.com | Jan 12 2024 00:03:00 | Revco Solutions, Inc., 3850 Priority Way South Dr., Suite 114, Indianapolis, IN 46240-3813 |
| 14819044 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 00:04:00 | Santander Consumer USA, Inc. as servicing, agent TCF Auto Receivables Owner, Trust 2016-DP1, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14822009 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 00:03:00 | Santander Consumer USA., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14816297 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 00:05:24 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822017 | ^ | MEBN | Jan 11 2024 23:57:03 | TD Bank NA, P.O. Box 1448, Greenville, SC 29602-1448 |
| 14822018 | + | Email/Text: bankruptcy@bbandt.com | Jan 12 2024 00:03:00 | Truist Bank, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14828691 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 00:05:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822019 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 12 2024 00:03:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |
| 14828833 | | Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 00:06:12 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14815348 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2024 00:05:26 | Wells Fargo Auto, PO Box 17900, Denver CO 80217-0900 |
| 14815166 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2024 00:05:42 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14822001 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 12 2024 00:06:12 | Wells Fargo Dealer Services, P.O. Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14826148 | * | Freedom Credit Union, 626 Jacksonville Road, Ste. 250, Warminster, PA 18974-4862 |
| 14821999 | *+ | Freedom Federal Credit Union, 626 Jacksonville Rd., Warminster, PA 18974-4862 |
| 14822000 | * | Morris & Adelman, P.C., Attn: Robert M. Morris, Esquire, P.O. Box 2235, Bala Cynwyd, PA 19004-6235 |
| 14821998 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 57 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

**Name**  **Email Address**

ALYK L OFLAZIAN
  on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 amps@manleydeas.com

ANN E. SWARTZ
  on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

JEFFERY A. FOURNIER
  on behalf of Debtor Jose A. Sierra Jr. jefffournier@verizon.net

JEFFERY A. FOURNIER
  on behalf of Joint Debtor Mary E. Smeltzer jefffournier@verizon.net

MARK A. CRONIN
  on behalf of Creditor New Residential Mortgage Loan Trust 2018-1 bkgroup@kmllawgroup.com

ROBERT MITCHELL MORRIS
  on behalf of Creditor Freedom Credit Union mail@morrisadelman.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Jose A. Sierra Jr.<br>　　Mary E. Smeltzer<br><br>　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 23-12704-AMC |

ORDER DISMISSING CHAPTER 13 CASE

　　AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

　　IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: Jan. 11, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE